# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

David J. Ayo
Allen & Gooch
2000 Kaliste Saloom, Ste 400
Lafayette LA 70508

James Huey Gibson
Allen & Gooch
P. O. Box 81129
Lafayette LA 70598-1129

Michael David Singletary
Attorney at Law
P. O. Box 97
Opelousas LA 70571-0073

## REHEARING ACTION: August 14, 2013

**Docket Number: 12   01406-CA**

**ST. LANDRY HOMESTEAD FEDERAL SAVINGS BANK**
**VERSUS**
**HUBERT VIDRINE, ET AL.**

**Appealed from St. Landry Parish Case No. 11-C-5310-A**

**BEFORE JUDGES**:

**Hon. Sylvia R. Cooks**
**Hon. Jimmie C. Peters**
**Hon. Billy Howard Ezell**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **St. Landry Homestead Federal Savings Bank** has this day been

**DENIED.**

cc: Cliffe Edward Laborde, III, Counsel for the Appellant
Cliff A. Lacour, Counsel for the Appellant
Gary T. Cornwell, Counsel for the Appellant